appellant to abide event. Held that a question of fact was presented as to whether a proper inspection was made.

MAHER, Appellant, v. ROWLAND, Respondent. (Supreme Court, Appellate Division, Second Department. July 30, 1915.) Action by William Maher, an infant, by Margaret E. Maher, his guardian ad litem, against Samuel Rowland.

PER CURIAM. We think that the plaintiff made out a prima facie case. The evidence, however, is too indefinite to sustain the award of damages. Judgment dismissing the complaint reversed, and new trial granted; costs to abide the event. Order modified in accordance with these views, and as so modified affirmed, without costs. Settle order before Mr. Justice Rich.

MALMAN v. BABCOCK & WILCOX CO. (Supreme Court, Appellate Division, First Department. June 25, 1915.) Action by Adolph Malman against the Babcock & Wilcox Company. No opinion. Motion to dismiss appeal (in 165 App. Div. 984, 150 N. Y. Supp. 1095) granted, with $10 costs, unless appellant comply with terms stated in order. Order filed.

In re MANHATTAN BRIDGE IN CITY OF NEW YORK. (Supreme Court, Appellate Division, First Department. June 25, 1915.) In the matter of the City of New York in re Manhattan Bridge; Charles S. Simpson and others, appellants. No opinion. Order affirmed, with costs. Order filed.

MANHATTAN, RY. CO. v. BOCKAR et al. (Supreme Court, Appellate Division, First Department. June 25, 1915.) In the matter of the Manhattan Railway Company against Anetta Bockar and others. No opinion. Motion to dismiss appeal denied, without costs. Order filed.

MARGULEVSKY, Appellant, v. GLICKMAN et al., Respondents. (Supreme Court, Appellate Division, First Department. June 25, 1915.) Action by Beny Margulevsky against Philip S. Glickman and others. C. H. Levitt, of New York City, for appellant. P. S. Glickman, of New York City, for respondents. No opinion. Order reversed, with $10 costs and disbursements, and motion denied, with $10 costs. Order filed.

MARQUART, Respondent, v. FARLEY et al., Appellants. (Supreme Court, Appellate Division, Fourth Department. July 7, 1915.) Action by Clara Marquart against William H. Farley, Deputy Excise Commissioner, etc., and others. No opinion. Judgment affirmed, with costs.

MASCHKE v. STINZING. (Supreme Court, Appellate Division, First Department. July 9, 1915.) Action by Wm. O. Maschke against Frank C. Stinzing. No opinion. Application denied, with $10 costs. Order signed.

MATZENE, Respondent, v. WARNER, Appellant, et al. (Supreme Court, Appellate Division, Fourth Department. July 7, 1915.) Action by Antonia Baumer Matzene against Clarence L. Warner, impleaded with others. No opinion. Order affirmed, with $10 costs and disbursements, with leave to the appellant to plead over within 20 days upon payment of the costs of the motion and of this appeal.

MAUTZ, Respondent, v. CONSOLIDATED RENDERING CO. et al., Appellants. (Supreme Court, Appellate Division, Fourth Department. July 7, 1915.) Action by Gilbert Mautz against the Consolidated Rendering Company and others.

PER CURIAM. Judgment affirmed, with costs. See, also, 153 N. Y. Supp. 1128.

MERRELL and FOOTE, JJ., dissent and vote for reversal as to the Consolidated Rendering Company on the ground that it does not appear that said company was polluting the stream in question at the time the action was commenced.

MAXFIELD, Appellant, v. KENNEDY, Respondent. (Supreme Court, Appellate Division, Fourth Department. June 9, 1915.) Action by Grant Maxfield against John C. Kennedy. No opinion. Order affirmed, with costs.

MAYERS, Appellant, v. BLOOMINGDALE et al., Respondents. (Supreme Court, Appellate Division, First Department. June 25, 1915.) Action by Samuel Mayers against Samuel J. Bloomingdale and others. H. A. Blumenthal, of New York City, for appellant. E. W. Hays, of New York City, for respondents. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

MAYO, Respondent, v. UNITED CITIES REALTY CORPORATION, Appellant. (Supreme Court, Appellate Division, Second Department. July 30, 1915.) Action by John Thomas Mayo against the United Cities Realty Corporation. No opinion. Judgment and order unanimously affirmed, with costs.

MAYO, Respondent, v. UNITED CITIES REALTY CORPORATION, Appellant. (Supreme Court, Appellate Division, Second Department. July 30, 1915.) Action by Mary Mayo against the United Cities Realty Corporation. No opinion. Judgment and order unanimously affirmed, with costs.

MENDOLA et al., Respondents, v. ILLINOIS SURETY CO., Appellant. (Supreme Court, Appellate Division, First Department. June 25, 1915.) Action by Michele Mendola and others, impleaded with Alberto Sabello, against the Illinois Surety Company. N. L. Keach, of New York City, for appellant. W. F. Purdy, of New York City, for respondents. No opinion. Order affirmed, with $10 costs and disbursements. Order filed. See, also, 162 App. Div. 900, 146 N. Y. Supp. 1100.